# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele Walker, | No. CV-18-275-PHX-SMM (ESW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Gompers Habilitation Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Complaint. (Doc. 1.) On April 4, 2018, Magistrate Judge Eileen S. Willett filed a Report and Recommendation with this Court. (Doc. 9.) To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint failed to state a valid claim. Magistrate Judge Willett ordered Plaintiff to file an Amended Complaint. (Doc. 8.) Despite the Order and its warning that a failure to comply would result in a dismissal pursuant to Fed. R. Civ. P. 41(b), Plaintiff did not comply.

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Willett. (Doc. 9.)

**IT IS FURTHER ORDERED** that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e) and Fed. R. Civ. P. 41(b). The Clerk of the Court shall enter judgment accordingly and terminate this case.

DATED this 4th day of May, 2018.

Stephen M. McNamee
Senior United States District Judge